FILED

OCT 1 0 2018

U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

UNITED STATES OF AMERICA,       )
                                )
            Plaintiff,          )
                                )
v.                              )        **4:18CR00845 JAR/PLC**
                                )
MARKESE D. WATKINS,             )
                                )
            Defendants.         )

## INDICTMENT

## COUNT ONE

The Grand Jury charges that:

On or about August 31, 2018, in the City of St. Louis, within the Eastern District of

Missouri,

**MARKESE D. WATKINS,**

the Defendant herein, acting with others known and unknown, did obstruct, delay, or affect

commerce or the movement of any article or commodity in commerce or attempt to do so by

robbery of Domino's Pizza, a commercial establishment engaged in interstate or foreign

commerce and in the business of buying and selling articles and commodities that have been

previously transported in interstate or foreign commerce.

In violation of Title 18, United States Code, Section 1951(a) and 2, and punishable under

Title 18, Untied States Code, Section 1951(a).

## COUNT TWO

The Grand Jury further charges that:

On or about August 31, 2018, in the City of St. Louis, within the Eastern District of

Missouri,

**MARKESE D. WATKINS,**

the Defendant herein, acting with others known and unknown, knowingly possessed and brandished a firearm, in furtherance of a crime of violence for which he may be prosecuted in a court of the United States, that is, attempt to obstruct, delay, or affect commerce by robbery as charged in Count One herein.

In violation of Title 18, United States Code, Section 924(c)(1)(A) and 2, and punishable under Title 18, United States Code, Section 924(c)(1)(A)(ii).

A TRUE BILL

_____

FOREPERSON

JEFFREY B. JENSEN
United States Attorney

_____

PAUL J. D'AGROSA (#369666MO)
Assistant United States Attorney