UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) NO. 4:18CR00845 JAR/PLC |
| MARKESE WATKINS, | ) |
| | ) |
| Defendant. | ) |

## GOVERNMENT'S MOTION TO DISMISS INDICTMENT

COMES NOW the United States of America, by and through the United States Attorney for the Eastern District of Missouri, Jeffrey B. Jensen, and Paul J. D'Agrosa, Assistant United States Attorney for said District, and moves to dismiss the indictment as to defendant Markese Watkins, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

WHEREFORE, the Government respectfully requests that the above-entitled indictment be dismissed without prejudice.

Respectfully submitted,

JEFFREY B. JENSEN
United States Attorney

*s/ Paul J. D'Agrosa*
PAUL J. D'AGROSA (#36966MO)
Assistant United States Attorney
111 South 10th Street,
St. Louis, MO 63102
(314) 539-3885

SO ORDERED:

_____
JOHN A. ROSS
UNITED STATES DISTRICT JUDGE

Dated: December ____, 2018.

**CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that a copy of the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system this 11th day of December, 2018, to attorney for defendant, Assistant Federal Public Defender William Marsh, 1010 Market Street, Suite 200, St. Louis, Missouri 63101.

                                         s/ *Paul J. D'Agrosa*
                                         Assistant United States Attorney